IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MANNY CASTRO,

        Petitioner/Plaintiff,        No. CIV S-07-0603 LKK EFB P

        vs.

UNKNOWN,

        Respondent/Defendant.        <u>FINDINGS AND RECOMMENDATIONS</u>

        Petitioner/Plaintiff, a prisoner without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a civil rights complaint pursuant to 42 U.S.C. § 1983.

        By order filed May 15, 2007, petitioner/plaintiff was advised of the requirements for applying for in forma pauperis status, and that failure to submit either the filing fee or a proper application for leave to proceed in forma pauperis will result in a recommendation that this action be dismissed.

        Petitioner/Plaintiff thereafter filed two applications to proceed in forma pauperis on June 8, 2007, and July 19, 2007. Both applications are deficient in that the certificate portions of the applications are not filled out by authorized prison personnel, and they are unaccompanied by certified statements of petitioner/plaintiff's inmate trust account for the six-month period immediately preceding the filing of this action.

Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Rules 2(c), 4, Rules Governing § 2254 Cases.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE