IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MANNY CASTRO,

    Petitioner/Plaintiff,          No. CIV S-07-0603 LKK EFB P

  vs.

UNKNOWN,

    Respondent/Defendant.      <u>ORDER</u>

_____/

        Petitioner/Plaintiff, a prisoner without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a civil rights complaint pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 29, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner/plaintiff that any objections to the findings and recommendations were to be filed within twenty days. He has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1    1. The findings and recommendations filed August 29, 2007, are adopted in full; and

2. This action is dismissed. <u>See</u> Rules 2(c), 4, Rules Governing § 2254 Cases.

DATED: October 18, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2