IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MANNY CASTRO,

     Plaintiff,                  No. CIV S-07-0603 LKK EFB P

     vs.

UNKNOWN,

     Defendant.            <u>ORDER</u>

                             /

     On August 29, 2007, findings and recommendations were issued recommending that this action be dismissed. On October 19, 2007, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, plaintiff filed on March 31, 2008, an application to proceed in forma pauperis, amended complaint and amended petition for writ of habeas corpus. The application to proceed in forma pauperis is untimely and a timely request for an extension of time was never sought. Good cause has not been shown for submitting an application to proceed in forma pauperis after judgement has already been entered.

     Accordingly, plaintiff's March 31, 2008 application to proceed in forma pauperis, amended complaint and amended petition for writ of habeas corpus are dismissed.

/////

1    The court notes that it will issue no response to future filings by plaintiff in this action
2 not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
3    So ordered.
4 DATED: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE